IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| A109 MANAGEMENT, LLC, ) | |
| ) | Civil Action No. 17-cv-00597-AJT-TCB |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| AGUSTAWESTLAND PHILADELPHIA ) | |
| CORPORATION, ) | |
| ) | |
| Defendant. ) | |

**STIPULATION OF DISMISSAL AND TOLLING OF
APPLICABALE STATUTES OF LIMITATIONS**

WHEREAS Plaintiff A109 Management, LLC commenced this action against Defendant AgustaWestland Philadelphia Corporation (collectively, the "Parties") in Fairfax County Circuit Court on May 8, 2017;

WHEREAS Defendant removed this action to the United States District Court for the Eastern District of Virginia on May 25, 2017;

WHEREAS, in its May 30, 2017 Scheduling Order, the Court set forth an end date for discovery of October 13, 2017;

WHEREAS, due to a variety of reasons, Plaintiff is unable to proceed on that schedule;

WHEREAS the Parties seek to voluntarily dismiss this action, to be refiled at a time when Plaintiff is able to proceed on such a schedule; and

WHEREAS the Parties agree to preserve the statutes of limitations on Plaintiff's claims.

NOW, THEREFORE, the Parties do hereby agree as follows:

1. The above-captioned action is voluntarily dismissed pursuant to Federal Rule of Procedure 41(a)(1)(A)(ii).

2. Upon commencement of a new action by Plaintiff against Defendant, Defendant will

1

not seek cost or fees pursuant to Federal Rule of Civil Procedure 41(d) or any other statute, rule, or common law doctrine.

      3.      Any statute of limitations applicable to any and all claims that Plaintiff may have against Defendant shall be tolled and suspended from the date this action was filed until Plaintiff files another action. The deadline for Plaintiff to refile is July 15, 2018.

Dated this July 5, 2017.

*/s/ Scott A. Surovell*
Scott A. Surovell
ssurovell@surovellfirm.com
Surovell, Isaacs & Levy PLC
4010 University Drive, Suite 200
Fairfax, VA 22030
Telephone: (703) 277-9750
Fax: (703) 591-9285
Email: SSurovell@SurovellFirm.com

and

Paul B. Maslo (*pro hac vice*)
Andrew J. Dressel (*pro hac vice*)
Napoli Shkolnik, PLLC
360 Lexington Avenue
11th Floor
New York, NY 10017
Telephone: (212) 397-1000
Fax: (646) 843-7603
Email: pmaslo@napolilaw.com
       adressel@napolilaw.com

*Counsel for Plaintiff*

*/s/ John M. Socolow*
John M. Socolow (*pro hac vice*)
Fitzpatrick & Hunt, Pagano, Aubert, LLP
50 Main Street
White Plains, New York 10606
Telephone: (914) 946-0600
Fax: (914) 946-0650
Email: john.socolow@fitzhunt.com

and

J. Douglas Cuthbertson
VSB No. 41378
LeClair Ryan, A Professional Corporation
2318 Mill Rd., Ste. 1100
Alexandria, VA 22314
Telephone: (703) 647-5925
Fax: (703) 647-5975
Email: douglas.cuthbertson@leclairryan.com

*Counsel for Defendant*


So ordered: _____
 **Anthony Trenga, D.J.**